UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JONATHAN READ

Defendant.

---

No. 14-cr-775 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a status report from the United States Probation Department, dated November 26, 2019 and received in chambers on December 5, 2019, apprising the Court that Supervisee has violated the terms of his supervised release by (1) using marijuana, a controlled substance; (2) committing a state-law crime, specifically, criminal sale of marijuana in violation of N.Y. Penal Law § 221.40; and (3) failing to participate in substance abuse treatment. Accordingly, IT IS HEREBY ORDERED THAT the parties and Probation shall appear for a status conference on Wednesday, December 11, 2019 at 4:00 p.m. in Courtroom 18A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. At this conference, Supervisee shall admit or deny the alleged violations of supervised release, and the Court will accordingly schedule either an evidentiary hearing or a date for re-sentencing.

SO ORDERED.

Dated:   December 5, 2019
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation