UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ

Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Due to a scheduling conflict, IT IS HEREBY ORDERED THAT the VOSR conference currently scheduled to be held on Wednesday, December 11, 2019 at 4:00 p.m. is adjourned to Thursday, December 12, 2019 at 3:00 p.m. The conference shall be held in Courtroom 18A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court apologizes for any inconvenience caused by this necessary adjournment.

SO ORDERED.

Dated: December 9, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation