UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ,

        Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The parties and Probation Officer shall appear for a conference on Tuesday, January 28, 2020 at 10:00 a.m. to discuss the new specifications and allegations of non-compliance set forth in Probation's January 17, 2020 amended violation report. The proceeding shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:     January 17, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation