USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ,

          Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Due to a scheduling conflict, IT IS HEREBY ORDERED THAT the conference currently scheduled to be held on Tuesday, January 28, 2020 at 10:00 a.m. is adjourned to 3:00 p.m. on the same day. The proceeding shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:     January 21, 2020
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation