UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ,

Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Earlier this week, Defendant Jonathan Read was presented before Magistrate Judge Freeman on several specified violations of supervised release. After denying those specifications, Read consented to detention and was remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of those alleged violations.

IT IS HEREBY ORDERED THAT the parties shall appear for a conference to discuss next steps in this matter on September 9, 2020 at 12 noon in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York. In light of the ongoing COVID-19 pandemic, IT IS FURTHER ORDERED THAT no later than 5:00 p.m. on August 31, 2020, defense counsel shall submit a letter to the Court indicating whether Defendant Read wishes to appear in person or remotely by videoconference (or, if videoconference is not reasonably available, by teleconference). In addition, due to the flexibility required to accommodate the planning of proceedings involving detained individuals, the Court will reserve (and the parties shall calendar) September 11, 2020 at 2:00 p.m. as an alternate date for the conference.

SO ORDERED.

Dated:     August 27, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation