UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ,

              Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Supervisee Jonathan Read is presently in custody at the Metropolitan Correctional Center (the "MCC") following his presentment before Magistrate Judge Freeman on several specified violations of supervised release. (Doc. Nos. 51, 52.) The Court scheduled an in-person conference on those charged specifications for September 9, 2020. (Doc. No. 51.) But on August 31, 2020, Read filed a letter with the Court indicating that he would prefer for the conference to proceed remotely in light of the ongoing COVID-19 pandemic. (Doc. No. 52.) Unfortunately, the MCC is unable to accommodate a remote proceeding on September 9 given the large number of remote proceedings already scheduled for that week. Accordingly, the September 9 conference is adjourned, and the parties are directed to file a joint letter no later than September 4, 2020, setting forth alternative dates on which to hold a remote conference in this matter.

SO ORDERED.

Dated:    September 1, 2020
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation