UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JONATHAN READ,<br><br>                    Defendant. | No. 14-cr-775 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

Supervisee Jonathan Read is presently in custody at the Metropolitan Correctional Center following his presentment before Magistrate Judge Freeman on several specified violations of supervised release.  (Doc. No. 53.)  On August 31, 2020, Read filed a letter with the Court requesting that any conference on those charged specifications proceed remotely in light of the ongoing COVID-19 pandemic.  (Doc. Nos. 52, 54.)  Accordingly, the conference on Read's specifications of violation shall take place remotely on September 21, 2020 at 11:00 a.m. through the CourtCall videoconference platform.  In addition, due to the flexibility required to accommodate the planning of proceedings involving detained individuals, the Court will reserve (and the parties shall calendar) September 22, 2020 at 11:00 a.m. as an alternative date for the conference.   The Court will email the parties directly with instructions for accessing the CourtCall conference.  A separate order will follow containing instructions for members of the public to monitor the proceedings.

If possible, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceedings with Read prior to the conference.  If Read consents, and is able to sign the form (either personally, or, in accordance with Standing Order M10-468, 20-mc-174 (CM)

(S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the conference. In the event that Read consents, but counsel is unable to obtain or affix Read's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Read's signature to the form.

SO ORDERED.

Dated:     September 8, 2020
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -v-                                    WAIVER OF RIGHT TO BE PRESENT AT
                                                           CRIMINAL PROCEEDING
JONATHAN READ,
                                                           14-CR-775 (RJS)
                              Defendant.
---------------------------------------------------------------X
```

**Check Proceeding that Applies**

\_\_\_\_    Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date:          _____
               Signature of Defendant


               _____
               Print Name


\_\_\_     Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:          _____
               Signature of Defendant


               _____
               Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this

2

waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:         _____
              Signature of Defense Counsel


              _____
              Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.



Date:         _____
              Signature of Defense Counsel



**Accepted:**   _____
              Signature of Judge
              Date: