UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ,

                    Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order, a conference on Supervisee Jonathan Read's

charged specifications of violation of supervised release is scheduled to take place remotely on

September 21, 2020.  (Doc. No. 55.)  Unfortunately, given the difficulty of scheduling remote

proceedings involving detained individuals, the Metropolitan Correctional Center is unable to

accommodate a videoconference proceeding on that date.  Instead, the only option available is a

teleconference at 12:00 p.m.  Accordingly, Read should notify the Court no later than Friday,

September 18, 2020 whether he wishes to proceed with the conference by telephone on

September 21, 2020 at 12:00 p.m., or whether he would prefer to adjourn the conference to a later

date when it can be conducted by video or in person.

SO ORDERED.

Dated:        September 16, 2020
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation