UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JONATHAN READ,<br><br>                    Defendant. | No. 14-cr-775 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

In light of Supervisee Jonathan Read's request (Doc. No. 57), the conference scheduled to occur remotely on September 21, 2020 is adjourned and will be rescheduled for a later date so that it may proceed by video rather than by telephone. Because requests to schedule a remote proceeding involving a detained individual must be submitted no later than Monday morning of the week before the proceeding, the parties should endeavor to notify the Court by Friday, September 18, 2020 whether they are available for a conference the week of September 28, 2020. If not, the parties should propose alternative dates for the conference for the week of October 5, 2020.

SO ORDERED.

Dated:  September 17, 2020
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation