UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JONATHAN READ,

              Defendant.

No. 14-cr-775 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As indicated in the Court's previous order (Doc. No. 58), the conference scheduled to occur remotely on September 21, 2020 was adjourned to accommodate Defendant's preference to proceed by videoconference rather than by telephone. Accordingly, a videoconference on Defendant's alleged violations of the terms of his supervised release will take place on Friday, October 2, 2020 at 9:00 a.m. through the CourtCall videoconference platform. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

        Dial-in:         855-268-7844
        Access code:  32091812#
        PIN:           9921299#

SO ORDERED.

Dated:    September 23, 2020
           New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation