UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JONATHAN READ,<br><br>                 Defendant. | No 14-cr-775 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

During the conference held on November 13, 2020, the Court scheduled Defendant Read's VOSR sentencing to take place on January 8, 2021 at 9:00 a.m. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

        Dial-in:         855-268-7844
        Access code:  32091812#
        PIN:            9921299#

SO ORDERED.

Dated:     December 29, 2020
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation